ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 30 2025

at ____ o'clock and ____ min ____ M
Lucy H. Carrillo, Clerk

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

CRAIG S. NOLAN
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-Mail: Craig.Nolan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR23-00090 LEK |
| Plaintiff, | SECOND SUPERSEDING INDICTMENT |
| vs. | [18 U.S.C. §§ 2251(a), 2251(e), 2252A(a)(2)(A), 2252A(b)(1), and 2422(b)] |
| ROSS ANDREW BROWN, aka "forever sun," aka "J P," aka "jporter434," | |
| Defendant. | |

SECOND SUPERSEDING INDICTMENT

The Grand Jury charges:

## Count 1
### Attempted Sexual Enticement of a Minor
### (18 U.S.C. § 2422(b))

From on or about April 12, 2023 to on or about April 16, 2023, in the District of Hawaii and elsewhere, ROSS ANDREW BROWN, aka "forever sun," aka "J P," aka "jporter434," the defendant, did use any facility and means of interstate and foreign commerce, namely the Internet, a cellular phone, and a cellular communications network for communications on social media platforms Whisper and Telegram with undercover law enforcement agents presenting as a 14-year-old girl using handle "Glacier_Cat" and aliases "Isabelle Johnson" and "Izzy," to knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity under such circumstances as would constitute a criminal offense under Hawaii state law, namely Hawaii Revised Statutes § 707-730(1)(c) and Hawaii Revised Statutes § 707-732(1)(c).

All in violation of Title 18, United States Code, Section 2422(b).

## Count 2
### Attempted Sexual Exploitation of a Child
### (18 U.S.C. §§ 2251(a) and 2251(e))

From on or about February 12, 2021 to on or about March 8, 2021, in the United States of America and elsewhere, ROSS ANDREW BROWN, aka "forever sun," aka "J P," aka "jporter434," the defendant, did attempt to employ, use,

persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting such commerce, and where the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and where such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in or affecting interstate and foreign commerce and mailed, namely communications via the Internet on social media platform Whisper with a person presenting as a 15-year-old girl using handle "biscuit."

BROWN began this offense out of the jurisdiction of any particular state or district, and BROWN was first arrested in the District of Hawaii, which is the district of BROWN's last known residence.

All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

Count 3
Attempted Receipt of Child Pornography
(18 U.S.C §§ 2252A(a)(2)(A) and 2252A(b)(1))

From on or about February 12, 2021 to on or about March 8, 2021, in the United States of America and elsewhere, ROSS ANDREW BROWN, aka "forever sun," aka "J P," aka "jporter434," the defendant, did attempt to knowingly receive child pornography using a means and facility of interstate and foreign commerce, and which child pornography had been shipped and transported in and affecting such commerce by any means, including by computer, namely communications via the Internet on social media platform Whisper with a person presenting as a 15-year-old girl using handle "biscuit."

BROWN began this offense out of the jurisdiction of any particular state or district, and BROWN was first arrested in the District of Hawaii, which is the district of BROWN's last known residence.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

Count 4
Attempted Sexual Exploitation of a Child
(18 U.S.C. §§ 2251(a) and 2251(e))

From on or about June 7, 2021 to on or about June 9, 2021, in the United States of America and elsewhere, ROSS ANDREW BROWN, aka "forever sun," aka "J P," aka "jporter434," the defendant, did attempt to employ, use, persuade,

induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting such commerce, and where the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and where such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in or affecting interstate and foreign commerce and mailed, namely communications via the Internet on social media platform Whisper with a person presenting as a 17-year-old girl using handle "chaos bunny."

BROWN began this offense out of the jurisdiction of any particular state or district, and BROWN was first arrested in the District of Hawaii, which is the district of BROWN's last known residence.

All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

Count 5
Attempted Receipt of Child Pornography
(18 U.S.C §§ 2252A(a)(2)(A) and 2252A(b)(1))

From on or about June 7, 2021 to on or about June 9, 2021, in the United States of America and elsewhere, ROSS ANDREW BROWN, aka "forever sun," aka "J P," aka "jporter434," the defendant, did attempt to knowingly receive child pornography using a means and facility of interstate and foreign commerce, and which child pornography had been shipped and transported in and affecting such commerce by any means, including by computer, namely communications via the Internet on social media platform Whisper with a person presenting as a 17-year-old girl using handle "chaos bunny."

BROWN began this offense out of the jurisdiction of any particular state or district, and BROWN was first arrested in the District of Hawaii, which is the district of BROWN's last known residence.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

Count 6
Attempted Sexual Enticement of a Minor
(18 U.S.C. § 2422(b))

From on or about August 22, 2021 to on or about September 20, 2021, in the District of Hawaii and elsewhere, ROSS ANDREW BROWN, aka "forever sun," aka "J P," aka "jporter434," the defendant, did use any facility and means of

interstate and foreign commerce, namely the Internet, a cellular phone, and a cellular communications network for communications on social media platform Whisper with a person presenting as a 15-year-old girl using handle "schwaggle," to knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity under such circumstances as would constitute a criminal offense under Texas State Law, namely Tex. Penal Code § 22.011(a)(2) and Tex. Penal Code § 21.11(a)(1), and under Florida State Law, namely Fl. St. § 800.04(4)(a)(1), Fl. St. § 800.04(5)(a), and Fl. St. § 794.05(1).

All in violation of Title 18, United States Code, Section 2422(b).

## Forfeiture Notice

1. The allegations contained in Counts 1 and 6 of this Second Superseding Indictment are hereby realleged and incorporated by reference for the purpose of noticing forfeitures pursuant to Title 18, United States Code, Section 2428.

2. The United States hereby gives notice to ROSS ANDREW BROWN, aka "forever sun," aka "J P," aka "jporter434," the defendant, that, upon conviction of an offense charged in Counts 1 and 6 of this Second Superseding Indictment, the government will seek forfeiture, in accordance with Title 18, United States Code, Section 2428, of any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation, including (a) the

defendant's iPhone SE (3rd generation) seized on or about April 16, 2023, and (b) the defendant's 2021 Ford Ranger (Hawaii registration number WGG766).

    3. If by any act or omission of the defendant, any of the property subject to forfeiture described in the preceding paragraph herein:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

the United States of America will be entitled to forfeiture of substitute property up to the value of the property described above in the preceding paragraph, pursuant

to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

DATED: October 30, 2025, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson

_____
FOREPERSON, GRAND JURY


_____
KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

_____
CRAIG S. NOLAN
Assistant United States Attorney


United States v. Ross Andrew Brown
Second Superseding Indictment
Case No. CR23-00090 LEK

9