KENNETH M. SORENSON
United States Attorney
District of Hawaii

CRAIG S. NOLAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: craig.nolan@usdoj.gov

Attorneys of Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 23-00090 LEK |
| Plaintiff, | UNITED STATES' SENTENCING STATEMENT; CERTIFICATE OF SERVICE |
| vs. | |
| ROSS ANDREW BROWN, | |
| Defendant. | |

**UNITED STATES' SENTENCING STATEMENT**

The Government has no objections or additions to the Draft Presentence Report in the above-captioned matter.

The Government reserves the right to reply to any proposed amendments, modifications, or additional information offered by Defendant Ross Andrew Brown.

DATED: June 29, 2026, at Honolulu, Hawaii.

Respectfully submitted,

KENNETH M. SORENSON
United States Attorney
District of Hawaii

By /s/ *Craig S. Nolan*
CRAIG S. NOLAN
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served via CM/ECF:

Bervar & Jones, AAL, ALP
Birney B. Bervar bbb@bervar-jones.com

Attorney for defendant
Ross Andrew Brown

Served via email:

Cheyenne McKee Cheyenne_McKee@hip.uscourts.gov
United States Probation Officer
300 Ala Moana Boulevard, Room 2-300
Honolulu, HI 96850

DATED: June 29, 20264, at Honolulu, Hawaii

/s/ Rowena Kang
U.S. Attorney's Office
District of Hawaii